STATE v. WILLIAMS

No. 35 PC.

Case below: 12 N.C. App. 161.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 5 October 1971.

WIMBISH v. AVIATION, INC.

No. 29 PC.

Case below: 12 N.C. App. 98.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 5 October 1971.